# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Raintree Healthcare of Forsyth, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant(s), | ) | 3:17cv654 |
| | ) | |
| vs. | ) | |
| | ) | |
| AA Holdings-Winston-Salem, LLC, | ) | |
| | ) | |
| Appellee(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 7, 2018 Order.

February 7, 2018

_/s/ Frank G. Johns_
Frank G. Johns, Clerk
United States District Court